August 26, 1983.

464 A.2d 539

Black Top, et al. v. Carlo, et al., Appellants.

Argued March 29, 1983. John P. Liekar, Jr., for appellants; Lawrence R. Zewe, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

The judgment of the lower court is hereby affirmed.

464 A.2d 539

Brazell, et al., Appellants v. DeRose, et al.
Petition for Allowance of Appeal
Denied Jan. 31, 1984.

Argued March 30, 1983. Michael Hahal-yak, for appellants; Michael W. Burns, for appellees.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.